# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTIN DOLL, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| ISAACS AND COHEN, LLC, *et al.*, *Defendants* | : : : | No. 19-5027 |

## ORDER

**AND NOW**, this 1st day of April, 2020, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 13) and Plaintiff's failure to respond thereto, it is **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 13) is **GRANTED** for the reasons set forth in the accompanying memorandum;

2. The Amended Complaint (Doc. No. 11) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court shall mark this action **CLOSED** for all purposes, including statistics.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**